```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    IAN L. GARRIQUES
 3  Assistant U.S. Attorneys
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, California 93721
 5  Telephone: (559) 497-4000
```

*SEALED*   *FILED NOV 17 2008 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCHES OF: | S.W. NO. 1:08 SW 00276 SMS |
| 1001 NORWEGIAN AVENUE MODESTO, CALIFORNIA 95382 | **UNDER SEAL** |
| BLACK 1997 DODGE DAKOTA PICK-UP, BEARING CALIFORNIA LICENSE 5N28093, VIN 1B7GL23Y9VS03242, | ORDER SEALING SEARCH WARRANT AFFIDAVIT |
| RED 1999 MITSUBISHI ECLIPSE, BEARING CALIFORNIA LICENSE 4JAT851, VIN 4A3AX35GXXE079503, | |
| A LIGHT COLORED 1998 CHEVROLET MALIBU, BEARING CALIFORNIA LICENSE 4AAE564, VIN 1G1NE52M6W6119965, | |

   The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicants and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A. Boone, under seal, and good cause appearing therefor,

   IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Stanley

1

1  //
2  //
3  //
4  A. Boone, shall be filed with the Court in camera, under seal
5  and shall not be disclosed pending further order of this court.

8  DATED: 11/17/08

SANDRA M. SNYDER
U.S. Magistrate Judge