1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5




NOV 21 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8
    IN THE MATTER OF:            )   SW-F 08-00276
9                                )
    1001 NORWEGIAN AVENUE        )
10  MODESTO, CALIFORNIA 95382    )   ORDER TO UNSEAL SEARCH WARRANT
                                 )   AFFIDAVIT AND WARRANTS
11  BLACK 1997 DODGE DAKOTA PICK-)
    UP, BEARING CALIFORNIA LICENSE)
12  5N28093, VIN 1B7GL23Y9VS03242,)
                                 )
13  RED 1999 MITSUBISHI ECLIPSE, )
    BEARING CALIFORNIA LICENSE   )
14  4JAT851, VIN 4A3AX35GXXE079503,)
                                 )
15  A LIGHT COLORED 1998 CHEVROLET)
    MALIBU, BEARING CALIFORNIA   )
16  LICENSE 4AAE564, VIN         )
    1G1NE52M6W6119965,           )
17                               )
                                 )
18  _____)

19       The search warrant affidavit in this case having been sealed
20  by Order of its Court on November 21, 2008, and it appearing that
21  the affidavit and warrant are not required to remain secret based
22  upon the motion submitted by the government,
23       IT IS HEREBY ORDERED that the search warrant affidavit and
24  warrant be unsealed and made public record.

25
26
27  DATED: 11/21/08            _____
28                             UNITED STATES MAGISTRATE JUDGE

                                1